UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

FILED BY ____ .C.

2008 JUL 23  PM 2: 15

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

PETER ALVAREZ

    Plaintiff,

vs.

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES, INC.

    Defendant

FLA. BAR NO. 0279897

**08-22085
CIV-LENARD**

MAGISTRATE JUDG
GARBER

## COMPLAINT

**COMES NOW**, the Plaintiff, , by and through undersigned counsel, and sues the Defendant, CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINES, INC., and further states as follows:

### GENERAL ALLEGATIONS

1. This is a cause of action which is brought in the District Court for the Southern District, Florida pursuant to 28 U.S.C. 1333 and the forum selection clause of Plaintiff's passenger cruise ticket with Defendant, Section (19) (b). The cause of action is in excess of $75,000.00. There is no diversity of citizenship. Plaintiff is a resident of the state of Florida. This is a maritime cause of action.

2. All conditions precedent to bringing this action have been met.

3.     Defendant is a Panamanian Corporation which is licensed to do business in Florida as a cruise line.  Defendant's base of operations is in Miami, Dade County, Florida.

COUNT ONE-NEGLIGENCE

4.     Plaintiff reavers and realleges paragraphs One through Three as if set forth herein.

5.     On or about April 17, 2008, Plaintiff was an adult fare paying passenger on Defendant's vessel VICTORY.  The vessel was in navigable waters.

6.     At all times material Defendant owed Plaintiff a duty of reasonable care in the circumstances aboard its vessel.

7.     Notwithstanding Defendant's duty as aforesaid, Defendant breached its duty by unreasonably:

    a.     Failing to maintain a passenger cabin in a safe condition;

    b.     Failing to properly service a passenger cabin;

    c.     Failing to properly and safely warn Plaintiff of the use of a bath mat in Plaintiff's passenger cabin;

    d.     Failing to properly place shower mats in Plaintiff's cabin;

    e.     Failing to have a proper shower mat for Plaintiff's bathroom;

    f.     Failing to have a cupboard or other safe storage area for bath

mats.

8.    As a result of the foregoing, the Plaintiff was injured when he stepped on a rolled-up small towel that the cabin steward had left on the floor of Plaintiff's bathroom in his cabin.  The towel had been left rolled up on the bathroom floor next to the shower by the cabin steward. Plaintiff had not used the rolled-up towel as a bath mat, thought that the bath mat was supposed to be left rolled-up where it was placed by the cabin steward, and tripped or lost his footing on it when he exited from the shower.

9.    At all times material, the Defendant either created the dangerous conditions of which Plaintiff complains and/or the dangerous conditions existed for a sufficient period of time that Defendant had constructive knowledge of the dangerous conditions and/or Defendant had actual knowledge of the dangerous conditions hereinbefore alleged in paragraph seven to have caused or contributed to causing Plaintiff's  injury, and/or other passengers prior to Plaintiff had injured themselves in a similar manner in a similar location that caused Plaintiff to be injured.

10.    At all times material, Plaintiff acted with due care for his own safety.

11.    At all times material hereto, Defendant was in direct control of the

vessel where Plaintiff was injured.

12.     As a result of the negligence of the Defendant as aforesaid, the

Plaintiff was injured in and about his body and extremities and

suffered pain, mental and emotional distress and anguish therefrom;

incurred medical expense and physical handicap and a loss of the

ability to enjoy life; suffered a  a loss of earnings and loss of earning

capacity, suffered an aggravation of a pre-existing condition, suffered

scarring and disfigurement and faces additional future surgery as

well.  Said personal injuries are permanent and/or continuing in

nature and the Plaintiff shall continue to suffer such losses and

impairments in the future.

WHEREFORE, Plaintiff demands judgment from Defendant for damages

and costs.  Jury trial is demanded.

DATED this _23_ day of ___July___, 2008.

> HOFFMAN LAW FIRM
> 2888 E. Oakland Park Blvd.
> Fort Lauderdale, FL 33306
> Telephone:  (954) 566-7080
> Email: PMH@PaulHoffmanLaw.com
>
> By:  _____
> PAUL M. HOFFMAN
> FL BAR: 0279897

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET  08-22085

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**CIV-LENARD**

**I. (a) PLAINTIFFS**

Peter Alvarez

**DEFENDANTS**

Carnival Corp. d/b/a Carnival Cruise Lines, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  DADE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)  954-566-7080
Paul M. Hoffman, P.P.
2881 E. Oakland Park Blvd
Fort Lauderdale FL 33306

ATTORNEYS (IF KNOWN)
Unknown.

**MAGISTRATE JUDGE**
**GARBER**

(d) CIRCLE COUNTY WHERE ACTION AROSE:  DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

Dade 08-22085-cv-Lenard Garber

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

☒ 340 Marine

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

LENGTH OF TRIAL  3 DAYS

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES  ☐ NO

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION  ☐ UNDER F.R.C.P. 23

**VIII. RELATED CASE(S)** (See instructions):
IF ANY

JUDGE _____     DOCKET NUMBER _____

DATE  7/23/08

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #  984320   AMOUNT $350.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

07/23/08